UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF RACHELLE STEWART ) <br> BY GENEECE PRITCHARD, PERSONAL ) <br> REPRESENTATIVE, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> CORRECT CARE SOLUTIONS, LLC ) <br> and, ) <br> KATRENA MITCHELL ) <br> ) <br>     Defendants. ) <br> ) | NO.  1:18-cv-00163-TWP-TAB |

**PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LISTS**

Plaintiff, in accordance with the case management plan, submits these preliminary lists of witnesses and exhibits:

**Witnesses:**

1. Geneece Pritchard, Personal Representative of the Estate of Rachelle Stewart, can be contacted through plaintiff's counsel. **Information includes**: knowledge of her daughter, Rachelle Stewart, and plaintiff's damages.

2. Regina Harris. **Information includes**: knowledge of sister Rachelle Stewart and plaintiff's damages.

3. Ra'Sheena Stewart. **Information includes:** knowledge of sister Rachelle Stewart and plaintiff's damages.

4. Miguel Jimenez. **Information includes:** knowledge of Rachelle Stewart, his significant other, and plaintiff's damages.

5. Ashuntiz Stewart. **Information includes:** knowledge of his mother, Rachelle Stewart, and plaintiff's damages.

6. Katrena Mitchell. **Information includes:** knowledge of the facts and circumstances surrounding the events described in plaintiff's complaint.

7. Deputy Jacen Sarver. **Information includes**: knowledge of the facts and circumstances surrounding the events described in plaintiff's complaint.

8. Deputy Justin Walker. **Information includes**: knowledge of the facts and circumstances surrounding the events described in plaintiff's complaint.

9. Corporal Brent Smith. **Information includes**: knowledge of the facts and circumstances surrounding the events described in plaintiff's complaint.

10. Arrestee Processing Center officials who had contact with Rachelle Stewart on January 27, 2016.

11. Mirfrida Geller. **Information includes:** knowledge of the facts and content of Rachelle Stewart's autopsy.

**Exhibits:**

1. Rachelle Stewart's medical records from Eskenazi Health. Originals are in the possession of Eskenazi Health, 720 Eskenazi Ave., Indianapolis, IN 46202.

2. Rachelle Stewart's records from the Marion County Coroner's Office. Originals are in the possession of Marion County Coroner's Office, 521 W. McCarty St., Indianapolis, IN 46225.

3. Rachelle Stewart's jail records from Marion County Jail. Originals are in the possession of Marion County Sheriff's Office, 40 S. Alabama St., Indianapolis, IN 46204.

4. Investigatory records of the January 27, 2016 incident from the Arrestee Processing Center. Originals are in the possession of Marion County Sheriff's Office, 40 S. Alabama St., Indianapolis, IN 46204.

5. CD-ROMs containing Arrestee Processing Center video footage of the incident on January 27, 2016. Originals are in possession of Marion County Sheriff's Office, 40 S. Alabama St., Indianapolis, IN 46204.

                                          Respectfully submitted,

Dated: May 25, 2018                  */s/ Richard A. Waples*
                                          Richard A. Waples
                                          Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 25, 2018, a copy of this document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

    Carol A. Dillon – carol@bleekedilloncrandall.com

    Christopher Andrew Farrington – drew@bleekedilloncrandall.com

                                      */s/ Richard A. Waples*
                                        Richard A. Waples
                                        Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com