UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF RACHELLE STEWART BY GENEECE PRITCHARD, PERSONAL REPRESENTATIVE,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECT CARE SOLUTIONS, LLC and,<br>KATRENA MITCHELL<br><br>    Defendants. | NO. 1:18-cv-00163-JPH-TAB |

**PLAINTIFF'S STATEMENT OF CLAIMS FOR TRIAL**

Plaintiff, by counsel, pursuant to the Court's Case Management Plan, Section II D, states that at trial it will pursue the following claims against defendants on which plaintiff has the burden of proof:

Claim 1:   Defendant Mitchell's actions and inactions were deliberately indifferent to the reasonable medical needs of Rachelle Stewart and thus in violation of the Fourteenth Amendment to the United States Constitution, actionable pursuant to 42 U.S.C. § 1983.

Claim 2:   The actions and inactions of Defendants Mitchell and Correct Care Solutions (CCS) constituted negligence and resulted in the wrongful death of Rachelle Stewart, actionable under Indiana's general wrongful death statute, Indiana Code 34-23-1-1. This claim is pending before the Indiana Department of Insurance.

Claim 3: Plaintiff may have a Fourteenth Amendment *Monell* claim against CCS for deliberate indifference to the reasonable medical needs of arrestees based upon its failure to have policies and adequate procedures on admission screening of severely intoxicated arrestees. Discovery is still underway on this potential claim.

Claim 4: Plaintiff will also present a claim for attorney fees and costs to the Court following trial in the event it is a prevailing party pursuant to 42 U.S.C. § 1988.

Respectfully submitted,

Dated: November 26, 2018

*/s/ Richard A. Waples*
Richard A. Waples
Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 26, 2018, a copy of this document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

    Carol A. Dillon – carol@bleekedilloncrandall.com

    Christopher Andrew Farrington – drew@bleekedilloncrandall.com


                                         */s/ Richard A. Waples*
                                         Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com