UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE ESTATE OF RACHELLE STEWART BY GENEECE PRITCHARD, PERSONAL REPRESENTATIVE, | ) ) ) ) | |
| Plaintiff, | ) ) | NO. 1:18-cv-00163-JPH-TAB |
| v. | ) ) | |
| CORRECT CARE SOLUTIONS, LLC and, KATRENA MITCHELL | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S FINAL WITNESS AND EXHIBIT LISTS**

Plaintiff, in accordance with the case management plan, submits these final lists of witnesses and exhibits:

**Witnesses:**

1. Geneece Pritchard, Personal Representative of the Estate of Rachelle Stewart
2. Regina Harris
3. Ra'Sheena Stewart
4. Miguel Jimenez
5. Ashuntiz Stewart
6. Katrena Mitchell
7. Deputy Jacen Sarver, Marion County Sheriff's Office
8. Deputy Justin Walker, Marion County Sheriff's Office
9. Corporal Brent Smith, Marion County Sheriff's Office
10. Mirfrida Geller, Marion County Coroner's Office

11. Deputy Tina Handley, Marion County Sheriff's Office

12. Deputy Kim Nelson, Marion County Sheriff's Office

13. Captain Tyler Bouma, Marion County Sheriff's Office

14. Deputy Melissa Hamblen, Marion County Sheriff's Office

15. Lt. Lakas, Marion County Sheriff's Office

16. Kathryn A. Burns, M.D., M.P.H.

17. Thomas J. Sozio, D.O.

18. Mark O. Farber, M.D., Eskenazi Health

19. Nuria Rosa-Mercadal, M.D., Eskenazi Health

20. Justin Sims, M.D., Eskenazi Health

21. Michael Harned, M.D., Eskenazi Health

22. Luke Schafer, M.D., Eskenazi Health

23. Witnesses listed on parties' witness lists and/or initial disclosures

**Exhibits:**

1. Rachelle Stewart's medical records from Eskenazi Health. Originals are in the possession of Eskenazi Health, 720 Eskenazi Ave., Indianapolis, IN 46202.

2. Rachelle Stewart's records from the Marion County Coroner's Office. Originals are in the possession of Marion County Coroner's Office, 521 W. McCarty St., Indianapolis, IN 46225.

3. Rachelle Stewart's jail records from Marion County Jail. Originals are in the possession of Marion County Sheriff's Office, 40 S. Alabama St., Indianapolis, IN 46204.

4. Investigatory records of the January 27, 2016 incident from the Arrestee Processing Center

5. CD-ROMs containing Arrestee Processing Center video footage of the incident on January 27, 2016

6. Photographs of Rachelle Stewart and family

7. Rachelle Stewart's Diplomas

8. Exhibits listed on the parties' exhibit lists and/or initial disclosures

9. Any exhibits needed for rebuttal

                                                                 Respectfully submitted,

Dated: April 26, 2019                                     */s/ Richard A. Waples*
                                                                 Richard A. Waples
                                                                 Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 26, 2019, a copy of this document was filed electronically.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

    Carol A. Dillon – carol@bleekedilloncrandall.com

    Christopher Andrew Farrington – drew@bleekedilloncrandall.com

    */s/ Richard A. Waples*
    Richard A. Waples
    Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com